The following constitutes the order of the court.
Signed April 25, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br>ROLANDO T. RUBIO,<br>      Debtor. | No. 13-42004<br>Chapter 13 |

### ORDER RESERVING JURISDICTION TO HEAR
### TRUSTEE'S MOTION TO DISMISS WITH 12 MONTH BAR

On April 5, 2013, this Court entered an Order to File Missing Documents, setting a deadline of April 19, 2013, to file all outstanding documents. The debtor having failed to comply with the Court's order, it is hereby

ORDERED as follows:

1. This case is hereby DISMISSED.

2. The Court retains jurisdiction to hear the Chapter 13 Trustee's motion to dismiss this case with a twelve month bar to refiling on June 13, 2013, at the hour of 1:30 p.m.

Order

3. The debtor is hereby barred from filing any case under the Bankruptcy Code prior to the June 13, 2013 hearing.

**END OF ORDER**

Order

COURT SERVICE LIST

ALL RECIPIENTS

Order

COURT SERVICE LIST